**No. 41601.**—Protests 979037–G, etc., of Scaramelli & Co., Inc., et al. (Boston).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 41602.**—Protests 960958–G, etc., of Alberti Importing & Exporting Co. et al. (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

BEFORE THE FIRST DIVISION, JUNE 12, 1939

**No. 41603.**—Protest 509405–G of T. Sumida & Co., Ltd. (Honolulu).

Opinion by McCLELLAND, P. J.   The appraiser reported that the articles in question while invoiced as rakes are not such, strictly speaking, but lawn combs made of bamboo and used for raking up leaves and light loose objects without injuring the lawn.   The protest was therefore overruled as to the rakes.   In accordance with the report of the appraiser canned scallops were held free of duty as shellfish under paragraph 1761 as claimed.

**No. 41604.**—Protest 971110–G of Lautier Fils, Inc. (New York).

Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise consists of lavender flowers similar to those passed upon in Abstract 36963.   The claim for free entry under paragraph 1722 was therefore sustained.

**No. 41605.**—Protest 955288–G (B) of Cline Stewart Co., Inc. (Los Angeles).

Opinion by McCLELLAND, P. J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713) the plaster-of-paris statuettes in question were held dutiable at 35 percent under paragraph 205 (e) as claimed; and wooden forks the same as those passed upon in *Borgfeldt* v. *United States* (T. D. 48585) were held dutiable at 33⅓ percent under paragraph 412 as claimed.